# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1425**
**CA 15-00887**
PRESENT: SCUDDER, P.J., SMITH, CENTRA, PERADOTTO, AND CARNI, JJ.

WILLIAM SEAVER, PLAINTIFF-APPELLANT,

V                                                                    ORDER

MARIA JAMES, ET AL., DEFENDANTS,
AND MICHAEL BOHALL, JR., DEFENDANT-RESPONDENT.

ANDREWS, BERNSTEIN, MARANTO & NICOTRA, PLLC, BUFFALO (ROBERT J. MARANTO, JR., OF COUNSEL), FOR PLAINTIFF-APPELLANT.

FELDMAN KIEFFER, LLP, BUFFALO (RACHEL A. EMMINGER OF COUNSEL), FOR DEFENDANT-RESPONDENT.

----------------------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Erie County (John M. Curran, J.), entered September 11, 2014. The order granted the motion of defendant Michael Bohall, Jr., for summary judgment and dismissed the amended complaint and cross claims against him.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.

Entered:  December 23, 2015                          Frances E. Cafarell
                                                     Clerk of the Court